349 A.2d 910

COMMONWEALTH of Pennsylvania

v.

David A. MYRICK, Appellant.

Supreme Court of Pennsylvania.

Jan. 29, 1976.

John J. Dean, John R. Smith, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, Louis R. Paulick, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Order affirmed.